**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AFOLUSO ADESANYA AND ADENEKAN HEZEKIAH ADESANYA,

               Petitioner

         v.

NOVARTIS PHARMACEUTICALS CORPORATION,

               Respondent

: No. 691 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.